

Application GRANTED IN PART.  Plaintiff must file her motion for default judgment by no later than **April 19, 2024**.  Failure to submit a timely and proper motion for default judgment will result in dismissal without prejudice of this case.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Date: April 12, 2024

SO ORDERED.

**VIA ECF**                                                                                          April 11, 2024
Hon Jennifer Rearden
Southern District of New York

Re: 1:23-cv-11042-JHR Rosario v. Majestic Restaurant

Honorable Judge Rearden:

    Our office represents Plaintiff in the above-referenced matter. We write to request a brief adjournment our deadline to file a motion for default judgment . The reason for our request is that our client has not signed the affidavit needed to file the motion. We expect to receive it next week at latest. We respectfully request another (2) weeks to file a fully briefed motion.

We thank the Court for its attention to this matter.

                                                Respectfully submitted,
                                                **STILLMAN LEGAL, P.C.**

                                                /s/Lina Stillman
                                                *Counsel for Plaintiff*

| 42 BROADWAY, 12TH FLOOR NEW YORK NY 10004 P: 800.933.56.20| F: 212.203.2417|